FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

OCT 25 2011

LONG ISLAND OFFICE

CASE NUMBER (Tran. Court): 06-CR-443-7

CASE NUMBER: CR-11-0724

WINES, J

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Torrie M. Oliver<br>3317 96th Street<br>Corona, NY 11368 | Eastern District of Pennsylvania | Long Island Office |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JAN 04 2012
BROOKLYN OFFICE

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Paul S. Diamond |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/20/09 | TO 3/19/12 |
|---|---|---|

OFFENSE: 18:371 Conspiracy (Count 2) and 18:924(a)(1)(A) False statement to a federal firearms licensee (Counts 12 and 13).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF PENNSYLVANIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/12/11
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/6/11
Effective Date

s/ SLT
_____
United States District Judge